IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03306-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ERVING BOND,

    Petitioner,

v.

UNITED STATES,

    Respondent.

## ORDER DIRECTING MR. BOND TO CURE DEFICIENCIES

Plaintiff Erving Bond is a prisoner in the custody of the Florida Department of Corrections who currently is incarcerated at the Suwannee Correctional Institution in Live Oak, Florida.  Mr. Bond, acting *pro se*, initiated this action by filing a Motion for Extension, ECF No. 1, and a Letter, ECF No.3, stating that he is attempting to file a tort claim regarding an incident that happened in Colorado.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Bond will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Mr. Bond files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u> X </u>   is not submitted
2)   <u>   </u>   is not on a proper Court-approved form (must use the Court's current form)
(3)   <u>   </u>   is missing affidavit

(4)  __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)  ____    is missing certificate showing current balance in prison account
(6)  __X__   is missing authorization to calculate and disburse filing fee payments
(7)  ____    is missing an original signature by the prisoner
(8)  __X__   other: In the alternative Mr. Bond may pay the $400 filing fee in full.

**Complaint, Petition or Application**:
(9)   ____   is not submitted
(10)  __X__  is not on proper form (must use the Court's current form)
(11)  ____   is missing an original signature by the prisoner
(12)  ____   is missing page nos. ____
(13)  ____   uses et al. instead of listing all parties in caption
(14)  ____   names in caption do not match names in text
(15)  ____   other:

Accordingly, it is

ORDERED that Mr. Bond cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Mr. Bond files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Mr. Bond shall obtain the Court-approved Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form  (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Bond fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  December 6, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge