IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03306-GPG

ERVING BOND,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Erving Bond is in the custody of the Florida Department of Corrections and currently is incarcerated at the currently is incarcerated at the Suwannee Correctional Institution in Live Oak, Florida.  Plaintiff initiated this action by filing *pro se* a pleading titled, "Motion of Extension," ECF No. 1, stating that he intends to file a federal tort claim.  Magistrate Judge Gordon P. Gallagher told Plaintiff that if he intends to pursue an action he must cure certain deficiencies.  Specifically, Magistrate Judge Gallagher directed Plaintiff to file his claims on a Court-approved form and either to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-approved form or pay the $400 filing fee in full.  Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On January 5, 2015, Plaintiff filed a "Motion of Extension" to comply with the December 6,2015 Order to Cure Deficiencies.  Plaintiff was given an extension and filed

a Complaint and § 1915 Motion and Affidavit on February 9, 2015. Plaintiff, however, failed to sign the § 1915 Motion and to provide a certified account statement for the six months immediately preceding the date Plaintiff filed this action. Magistrate Judge Gallagher entered a Minute Order on February 10, 2015, granting an extension to cure deficiencies and directing the Clerk of the Court to send a Court-approved form to Plaintiff to use in curing the remaining deficiencies. Again, Plaintiff was told that if he failed to comply within thirty days of the date of the Minute Order the action would be dismissed without further notice.

Plaintiff now has failed to communicate with the Court, and as a result, he has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the February 6,2015 Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  19th  day of   March        , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court